**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JOSEPH BUTCHER,

               Petitioner,

v.

CLAY COUNTY,

               Respondent.

Case No. 26-cv-801 (LMP/JFD)

**ORDER ADOPTING**
**REPORT AND**
**RECOMMENDATION**

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge John F. Docherty. ECF No. 4. The R&R concludes that Petitioner Joseph Butcher's petition for a writ of habeas corpus (ECF No. 1) should be denied in its entirety, and that his application to proceed *in forma pauperis* ("IFP") (ECF No. 3) should be denied as moot. *Id.* at 7.

Butcher did not file objections to the R&R, so the Court reviews it for clear error. *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no error and adopts it in full.

Accordingly, based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that:

1.     Butcher's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is **DENIED WITHOUT PREJUDICE** in its entirety; and

2.      Butcher's IFP application (ECF No. 3) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 6, 2026                              *s/Laura M. Provinzino*
                                                 Laura M. Provinzino
                                                 United States District Judge